1

2    **UNITED STATES DISTRICT COURT**

3    **EASTERN DISTRICT OF WASHINGTON**

4

5    JAZMAN SPRING WHITE,                    )
                                             )
6              Plaintiff,                    )
                                             )        NO.  CV-10-0011-JPH
7        vs.                                 )
                                             )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                      )        **CIVIL CASE**
     Commissioner of Social Security,        )
9                                            )
               Defendant.                    )
10                                           )
                                             )
11   _____)

12       **DECISION BY THE COURT:**

13       This action came to hearing before the court.  The issues have been heard

14   and a decision has been rendered.

15       **IT IS ORDERED AND ADJUDGED** that:

16       Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17   Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18       DATED this 18th day of January, 2011.

19                                    JAMES R. LARSEN
                                      District Court Executive/Clerk
20

21

22                                    by:   _s/Pamela A. Howard_
                                             Deputy Clerk
23

24

25

26   cc: all counsel